# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

LAVONDA JOHNSON                                                              PLAINTIFF

V.                              No. 4:21-CV-1213-JTR

KILOLO KIJAKAZI, Acting Commissioner
Social Security Administration                                               DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 14th day of November, 2022.

_____
UNITED STATES MAGISTRATE JUDGE